| United States Bankruptcy Court<br>Eastern District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hamp Haven Farms, a general partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Hamphaven Farms; FDBA dba HHF Construction** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**39-1667679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15908 San Road**<br>**Reedsville, WI**<br>ZIP Code **54230** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Manitowoc** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **9702 CTH J**<br>**Reedsville, WI 54230** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7           ☐ Chapter 15 Petition for Recognition
☐ Chapter 9                 of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12        ☐ Chapter 15 Petition for Recognition
☐ Chapter 13               of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,      ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as             business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Paul G. Swanson ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hamp Haven Farms, a general partnership** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**Wolfgang Dairy, LLC** | Case Number: | Date Filed:<br>**8/12/11** |
| District:<br>**Eastern District of Wisconsin** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Hamp Haven Farms, a general partnership** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Paul G. Swanson**
Signature of Attorney for Debtor(s)

**Paul G. Swanson**
Printed Name of Attorney for Debtor(s)

**Steinhilber, Swanson, Mares, Marone & McDermott**
Firm Name

**107 Church Avenue**
**PO Box 617**
**Oshkosh, WI 54903-0617**

Address

**920-235-6690  Fax: 920-426-5530**
Telephone Number

**August 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas L. Braun**
Signature of Authorized Individual

**Thomas L. Braun**
Printed Name of Authorized Individual

**Partner**
Title of Authorized Individual

**August 11, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Hamp Haven Farms, a general partnership**      Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bowers Feed & Grain Inc.**<br>**825 Pamela Street**<br>**Wrightstown, WI 54180** | **Bowers Feed & Grain Inc.**<br>**825 Pamela Street**<br>**Wrightstown, WI 54180** | **Trade Creditor - materials or services; see pending Brown County Case Number 2010CV000256** | **Unliquidated Disputed** | **69,287.50** |
| **Country Visions**<br>**305 N. 6th Street**<br>**Reedsville, WI 54230** | **Country Visions**<br>**305 N. 6th Street**<br>**Reedsville, WI 54230** | **Trade Creditor - Inputs** | **Unliquidated Disputed** | **496,116.81** |
| **CP Feeds**<br>**16322 W. Washington Street**<br>**Valders, WI 54245** | **CP Feeds**<br>**16322 W. Washington Street**<br>**Valders, WI 54245** | **Trade Creditor - Inputs** | **Unliquidated Disputed** | **226,016.57** |
| **F. Radandt Sons, Inc.**<br>**1800 Johnston Drive**<br>**Manitowoc, WI 54220** | **F. Radandt Sons, Inc.**<br>**1800 Johnston Drive**<br>**Manitowoc, WI 54220** | **Trade Creditor - materials or services** | **Unliquidated Disputed** | **8,685.38** |
| **Furst-McNess**<br>**120 East Clark Street**<br>**Freeport, IL 61032** | **Furst-McNess**<br>**120 East Clark Street**<br>**Freeport, IL 61032** | **Trade Creditor - materials or services** | **Unliquidated Disputed** | **45,255.44** |
| **Godfrey & Kahn SC**<br>**333 Main Street**<br>**PO Box 13067**<br>**Green Bay, WI 54307-3067** | **Godfrey & Kahn SC**<br>**333 Main Street**<br>**PO Box 13067**<br>**Green Bay, WI 54307-3067** | **Legal services** | **Disputed** | **15,000.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unpaid 943 taxes incurred by captive subsidiary HHF Construction - lien filed with DFI in June or July 2011 by which time HHF had ceased all operation** | **Disputed** | **106,000.00** |

In re **Hamp Haven Farms, a general partnership**      Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | Unpaid Payroll Taxes, if any, not included in tax liens filed in Manitowoc County; other unpaid taxes | | Unknown |
| Jansky's Tire Service 2326 S 22nd St. Manitowoc, WI 54220 | Jansky's Tire Service 2326 S 22nd St. Manitowoc, WI 54220 | Trade Creditor - materials or services | Unliquidated Disputed | 21,141.02 |
| Ken Luebke Estate 4818 Hwy 42 Manitowoc, WI 54220 | Ken Luebke Estate 4818 Hwy 42 Manitowoc, WI 54220 | Disputed lease payments | Unliquidated Disputed | 170,507.00 |
| Lakeside Systems P.O. Box 196 New Holstein, WI 53061-0196 | Lakeside Systems P.O. Box 196 New Holstein, WI 53061-0196 | Trade Creditor - materials or services | Unliquidated Disputed | 7,111.90 |
| Lawrence Law Office P.O. Box 117 Saint Nazianz, WI 54232-0117 | Lawrence Law Office P.O. Box 117 Saint Nazianz, WI 54232-0117 | Legal Services | Unliquidated Disputed | 3,048.69 |
| Manitowoc County Treasurer 1010 South 8th Street Manitowoc, WI 54220 | Manitowoc County Treasurer 1010 South 8th Street Manitowoc, WI 54220 | See Schedule A - 2 parcels | | 6,000.00<br><br>(Unknown secured) |
| Merwynn Trade Group LLC Suite 3C 100 Maritime Drive Manitowoc, WI 54220 | Merwynn Trade Group LLC Suite 3C 100 Maritime Drive Manitowoc, WI 54220 | 2011 crop inputs | | 500,000.00<br><br>(0.00 secured) |
| Neumann Agriprises 4823 Thunder Road Whitelaw, WI 54247 | Neumann Agriprises 4823 Thunder Road Whitelaw, WI 54247 | Trade Creditor - materials or services | Unliquidated Disputed | 12,572.50 |
| Poplar Farms Sales & Service LLC 9630 Old 151 Rd Manitowoc, WI 54220 | Poplar Farms Sales & Service LLC 9630 Old 151 Rd Manitowoc, WI 54220 | Trade Creditor - materials or services; see pending Manitowoc County Case Number 2011CV000464 | Unliquidated Disputed | Unknown |
| Rural Community Insurance Services 3501 Thurston Avenue Anoka, MN 55303 | Rural Community Insurance Services 3501 Thurston Avenue Anoka, MN 55303 | Prayer on third party complaint for insurance proceeds in excess of $250,000 which allegedly should have been applied to Plaintiff's pre-existing debt | Contingent Unliquidated Disputed | Unknown |
| Van Der Vaart PO Box 490 Sheboygan, WI 53082 | Van Der Vaart PO Box 490 Sheboygan, WI 53082 | Trade Creditor - materials or services | Unliquidated Disputed | 12,354.83 |

In re **Hamp Haven Farms, a general partnership**                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Vanderloop Equipment**<br>**W2834 Dundas Rd.**<br>**Brillion, WI 54110** | **Vanderloop Equipment**<br>**W2834 Dundas Rd.**<br>**Brillion, WI 54110** | **Trade Creditor - materials or services** | **Unliquidated Disputed** | **14,888.67** |
| **Wells Fargo**<br>**PO Box 4626**<br>**Carol Stream, IL 60197-6426** | **Wells Fargo**<br>**PO Box 4626**<br>**Carol Stream, IL 60197-6426** | **Credit Card** | **Unliquidated Disputed** | **27,189.29** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 11, 2011**                    Signature   **/s/ Thomas L. Braun**

                                                          **Thomas L. Braun**
                                                          **Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Hamp Haven Farms, a general partnership**       ,        Case No. _____

                             Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 109,500.00 | | |
| B - Personal Property | Yes | 15 | 4,739,847.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 7,086,154.12 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 106,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 1,129,175.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 4,849,347.00 | | |
| Total Liabilities | | | | 8,321,329.72 | |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Hamp Haven Farms, a general partnership** ,

                                Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# HAMP HAVEN FARMS GENERAL PARTNERSHIP

## ADDENDUM TO SUMMARY OF SCHEDULES

Debtor and its Affiliate Wolfgang Dairy hereby draw the Court's attention to the fact that the Summary of Schedules in each of these two related cases is misleading in that a substantial amount of the debt described in each Petition is owed by both Debtors. The joint debt is not readily allocable to one entity or the other, and Debtors believe it will create less confusion to list the full amount due in each Petition. The Summary of Schedules, however, is misleading because it totals all joint debt in each case, double-counting debt while counting assets only once. The amounts involved are substantial – 5 of the creditors on Schedule D*, with secured claims totaling $5,318,160.50, are double-counted on each Petition.

\* Bank First National, Braun Building Center, CF Heckmann Co, John Deere Credit & Lawrence Gohlke/Badgerland Financial, ACA

In re  **Hamp Haven Farms, a general partnership**                    ,  Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **.46 acres, parcel # 005-009-013-001.00, total value per tax bill is $400.00** | **Fee Simple** | - | 400.00 | 0.00 |
| **4.01 acres of land at 9702 County Hwy J, Town of Franklin, parcel # 005-009-016-001.00; total value of land and improvements, per tax bill, is $109,100.00** | | - | 109,100.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 109,500.00 | (Total of this page) |
| Total > | 109,500.00 | |
| | | (Report also on Summary of Schedules) |

__0__  continuation sheets attached to the Schedule of Real Property

In re   **Hamp Haven Farms, a general partnership**     ,    Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Bank 1st National - balance varies; average balance approx $1,000.00 (encumbered)** | - | 1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **1,100.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re   **Hamp Haven Farms, a general partnership**   ,    Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Reedsville Co-op stock (encumbered; illiquid)** | - | 160,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable: 12 accounts, all likely to be collectible** | - | 345,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible claims for 2009 and 2010 crop damage against crop insurer** | - | **Unknown** |

| | |
|---|---:|
| Sub-Total > | 505,000.00 |
| (Total of this page) | |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Hamp Haven Farms, a general partnership**            ,      Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Pending litigation against Knoener Family Farm, Inc., see Hamp Haven Farms et al vs. Knoener Family Farm Inc et al, Sheboygan County Case Number 2010CV001374** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached list of titled vehicles (TRUCKS) subject to blanket liens & other liens as noted** | - | **419,750.00** |
| | | **2008 Chevy Silverado (subject to pmsi & blanket liens)** | - | **21,822.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 desks, chairs, computers, copier, file cabinet (subject to lien)** | - | **800.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Fuel (subject to blanket liens)** | - | **7,200.00** |
| 31. Animals. | | **Steers - see attached list (subject to blanket liens)** | - | **85,700.00** |

Sub-Total >      **535,272.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re    **Hamp Haven Farms, a general partnership**            ,      Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | | **Crops in the field (estimated net value @ mid-range of expected yields:**<br><br>**Winter wheat (560 acres in final harvest) $285,000**<br>**Canning beans (605 acres) 400,000**<br>**Carrots (62 acres) 60,000**<br>**Beets (105 acres) 120,000**<br><br>**This year's crops encumbered by** _____ | - | 865,000.00 |
| 33. Farming equipment and implements. | | **Non-titled farm and construction equipment used by Debtor. See attached lists, with values referencing 2008 appraisal; updated appraisal has been ordered. All equipment is encumbered by blanket liens and some is encumbered by pmsi's described in Schedule D.** | - | 2,643,475.00 |
| 34. Farm supplies, chemicals, and feed. | | **Feed on hand (subject to blanket liens)** | - | 190,000.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 3,698,475.00 |
| Total > | 4,739,847.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| | | |
|---|---|---|
| **TRUCK** | $ | 419,750 |
| **TRAILORS** | $ | 274,000 |
| **TRACTOR** | $ | 1,190,200 |
| **COMBINES** | $ | 335,000 |
| **COMBINE HEADS CORN** | $ | 40,000 |
| **GRAIN PLATFORMS & TRANSPORTS** | $ | 54,000 |
| **GRAVITY BOXES** | $ | 40,500 |
| **GRAIN HANDLING EQUIPMENT** | $ | 34,900 |
| **HAY / CORN SILAGE HARVEST EQUIPMENT** | $ | 629,425 |
| **SKIDSTEERS** | $ | 89,150 |
| **TILLAGE** | $ | 163,450 |
| **MANURE HANDLING EQUIPMENT** | $ | 140,150 |
| **PLANTERS & SPRAYERS** | $ | 365,250 |
| **LAWNMOWERS & ALL TERAIN VEHICLES** | $ | 30,150 |
| **LOADERS & ACCESSORIES** | $ | 46,350 |
| **MATERIAL HANDLERS** | $ | 88,400 |
| **VARIOUS** | $ | 143,625 |
| **2008 APPRAISAL** | $ | 4,084,300 |
| | | 75% |
| **75% OF 2008 APPRAISAL** | $ | 3,063,225 |

# TRUCKS IN SERVICE OR FOR PARTS

| TRUCK | 2008 APPRAISAL | PMSI | TYPE | |
|-------|---------------|------|------|--|
| 1999 WESTERN STAR | $ 20,000 | NONE | SEMI | Hamp Haven |
| 1999 CHEV VAN | $ 3,500 | NONE | AARONS | Hamp Haven |
| 2005 GMC | $ 20,000 | NONE -NO TITLE | DON | NO TITLE |
| 1995 BUICK CAR | $ 500 | NONE | | Hamp Haven |
| 2005GMC | $ 20,000 | NONE | STEVE KOCIAN | Hamp Haven |
| 2002 CHEV | $ 18,000 | NONE | STEVE FLAT BED | Hamp Haven |
| 2005 CHEV | $ 20,000 | NONE | CHRIS | Hamp Haven |
| 1993 WHITEGMC | $ 22,000 | ??? - NO TITLE | GARBAGE # 1 | NO TITLE |
| 1993 WHITEGMC | $ 22,000 | NONE | GARBAGE#3 - PARTS | Hamp Haven |
| 1993 WHITEGMC | $ 22,000 | NONE | GARBAGE#4 | Hamp Haven |
| 1993 WHITEGMC | $ 22,000 | NONE | GARBAGE #5 | Hamp Haven |
| 1995 WHITEGMC | $ 22,000 | NONE | GARBAGE #2 | Hamp Haven |
| 1991 WHITE GMC | $ 15,000 | NONE | BIG WATER TRUCK | Hamp Haven |
| 2000 STERLING | $ 35,000 | ??? - NO TITLE | FEED TRUCK AT WOLFGANG | Hamp Haven |
| 1985 FORD | $ 750 | NONE | WELDER TRUCK | Hamp Haven |
| 1992 DODGE | $ 4,500 | NONE | BROWN DUALLY | Hamp Haven |
| 2008 CHEV | $ 51,000 | Ally | TOM'S | Hamp Haven |
| 2001 FORD | $ 10,000 | BANK FIRST-Paid | NATHAN | Hamp Haven |
| 1997 DODGE | $ 4,500 | BANK FIRST-Paid | RED DUALLY | Hamp Haven |
| 2001 CHEV | $ 12,000 | BANK FIRST-Paid | WHITE DUALLY | Hamp Haven |
| 2001 DODGE | $ 7,000 | CHRYLER FINANCIAL-Paid | DURAGO | Hamp Haven |
| 1991 GMC | ZERO VALUE | CHRYLER FINANCIAL-Paid | PARTS | Hamp Haven |
| 1990 DODGE | $ 2,000 | CHRYLER FINANCIAL-Paid | BLUE TRUCK AARON'S | Hamp Haven |
| 1991 DODGE | ZERO VALUE | CHRYLER FINANCIAL-Paid | BLACK DODGE - PARTS | Hamp Haven |
| TRUCKS | | | | |
| 1996 FORD #101 | $ 9,000 | BADGERLAND FINANCIAL | SEMI--101 | Hamp Haven |
| 1996 FORD #102 | $ 9,000 | BADGERLAND FINANCIAL | SEMI--102 | Hamp Haven |
| 1997 FORD #103 | $ 7,000 | BADGERLAND FINANCIAL | SEMI--103 | Hamp Haven |
| 1999 DODGE | $ 4,000 | BADGERLAND FINANCIAL | ANDY GREEN PICKUP | Hamp Haven |
| 1993 DODGE | $ 2,500 | BADGERLAND FINANCIAL | SMALL WATER TRUCK | Hamp Haven |
| 1990 INTERNATIONAL | ZERO VALUE | BADGERLAND FINANCIAL | SINGLE AXLE MOTOR TIGHT | Hamp Haven |
| 1983 FORD | $ 5,500 | BADGERLAND FINANCIAL | DUMP TRUCK | Hamp Haven |
| 1998 DODGE | $ 5,500 | BADGERLAND FINANCIAL | PAM DURAGO | Hamp Haven |
| 1994 DODGE | $ 2,000 | BADGERLAND FINANCIAL | BLUE DAKOTA | Hamp Haven |
| 1987 INTERNATIONAL | $ 18,000 | RED FORAGE TRUCK | | Hamp Haven |
| 1991 FORD | ZERO VALUE | BADGERLAND FINANCIAL | SEMI--100 PARTS | Hamp Haven |
| 1981 CHEV | $ 3,500 | BADGERLAND FINANCIAL | RANDY FEED TRUCK | Pam |
| TOTAL TRUCKS | $ 419,750 | | | |

| **TRUCK** | | **PMSI** | **TYPE** |
|---|---|---|---|
| 1976 FORD | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1982 WHITEGMC | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1971 FORD | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1976 CHEVOLET | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1979 GENERAL MOTORS | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1977 INTRNATIONAL | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1979 INTERNATIONAL | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| 1992 DODGE | ZERO VALUE | BADGERLAND FINANCIAL | PARTS |
| GMC RED SEMI | ZERO VALUE | | PARTS |
| 1982 WHITE BOSS | ZERO VALUE | | PARTS |
| 199? Mack | ZERO VALUE | | PARTS |

| TRACTOR | 2008 APPRAISAL | | PMSI | |
|---|---|---|---|---|
| JD 9400 | $ | 80,000 | AGRICREDIT | |
| JD8640 | $ | 25,000 | BADGERLAND-PAID | NOT ON 2008 APPRAISSAL |
| JD 8520 | $ | 110,000 | JD CREDIT | |
| JD 8310 | $ | 80,000 | JD CREDIT | |
| JD 8220 | $ | 104,000 | JD CREDIT | |
| JD 8410 Tractor | $ | 89,000 | JD CREDIT | |
| JD8410 Tractor | $ | 88,000 | JD CREDIT | |
| JD 8400 | $ | 70,000 | | |
| JD 7810 Tractor | $ | 57,000 | JD CREDIT | |
| JD7610 | $ | 57,000 | | |
| JD7600 | $ | 34,500 | | |
| JD7200 | $ | 32,000 | | |
| JD4960 | $ | 35,000 | | |
| JDC 4850 | $ | 30,000 | JD CREDIT | |
| JDC 4850 | $ | 30,000 | | |
| JD 4840 Tractor | $ | 22,000 | JD CREDIT | |
| JD4755 | $ | 40,000 | AGRICREDIT | |
| JD4640 | $ | 16,500 | | |
| JD4640 | $ | 16,700 | | |
| JD4620 | $ | 11,000 | | |
| JD4440 | $ | 20,000 | WELLS FARGO | |
| JD4440 | $ | 17,000 | | |
| JD4440 | $ | 1,100 | PARTS | |
| JD4430 | $ | 11,000 | | |
| JD4320 | $ | 9,000 | | |
| JD4010 | $ | 7,000 | | |
| JD4000 | $ | 8,000 | | |
| JD4000 | $ | 1,000 | PARTS | |
| JD2955 | $ | 15,000 | | |
| JD2440 | $ | 8,000 | | |
| JD 2305 | $ | 13,000 | JD CREDIT | |
| JD 620 | $ | 5,000 | | |
| CASE2590 | $ | 12,500 | | |
| CASE1370 | $ | 7,000 | | |
| JD A | $ | 1,000 | | |
| JD AO | $ | 3,400 | | |
| JD 70 | $ | 5,000 | | |
| JD 60 | $ | 3,500 | | |
| JD D | $ | 5,500 | | |
| | | | | |
| JD 265 LOADER | $ | 4,500 | | |
| JD 158 LOADER | $ | 2,000 | | |
| JD 260 LOADER | $ | 3,000 | | |
| TOTAL TRACTORS | $ | 1,190,200 | | |

| TRAILERS | | 2008 APPRAISAL | | |
|---|---|---|---|---|
| 1986 DELTA HOMES | BADGERLAND FINANCIAL | | | PARTS |
| 1989 HOPPER | BADGERLAND FINANCIAL | $ | 10,000 | |
| 1976 FRUEHAUF | BADGERLAND FINANCIAL | $ | 4,500 | PARTS |
| 1977 MUV ALL TRAILER | BADGERLAND FINANCIAL | $ | 11,000 | |
| 1979 TIMPLE INC | BADGERLAND FINANCIAL | $ | 8,500 | |
| 1995 TRAVELONG GOOSENECK TRAILER | | $ | 3,500 | |
| CITY 30' ALUM HYD. DUMP TRAILER | | $ | 14,300 | |
| 24' GOOSENECK TRAILER | | $ | 4,000 | |
| TANDEM TRAILER W/1500 GAL POLY TANK | | $ | 4,000 | |
| 2005 MAC LANDER 18'TRAILER | | $ | 2,500 | |
| (2) ARTEX 40' SEMI TRAILERS | | $ | 88,000 | |
| 34' FLAT BED TRAILER | | $ | 2,000 | |
| 40' FLATBED TRAILER | | $ | 2,500 | |
| 1964 BLUE SEMI TANKER | | $ | 7,000 | |
| CHAPARRAL 24' ALUM LIVESTOCK TRAILER | | $ | 9,000 | |
| CONSTRUCTION TRAILER-ARROWFRONT 28' | | $ | 4,500 | |
| 24'GOOSENECK TRI AXLE TRAILOR | | $ | 6,500 | |
| HOPPER TRAILER 42' J MAR 149 ALUM | | $ | 8,000 | |
| HEI - GRAVEL TRUCK BOX TRAILER | | $ | 2,200 | |
| 34' TRAILMOBILE SEMI TANKER | | $ | 5,500 | |
| PACE AMERICA GOOSENECK TRAILER | | $ | 17,000 | |
| WILSON GOOSENECK CATTLE TRAILER | | $ | 26,500 | |
| GOOSENECK CAR HAULER | | $ | 3,000 | |
| GOOSENECK TRAILER 30000 LB W/DIAMOND PLATE FLOOR | | $ | 5,500 | |
| TANDEM AXLE DUMP TRAILER | | $ | 1,500 | |
| FRUEHAUF CLOSED SEMI TRAILER | | $ | 1,500 | |
| GOOSENECK TRAILER W/STEEL FLOOR | | $ | 2,800 | |
| GOOSENECK TRAILER 24' | | $ | 3,500 | |
| MAC LANDER 18' TANDEM AXLE TRAILER | | $ | 2,700 | |
| DUMP TRAILER | | $ | 12,500 | |
| | TOTAL TRAILERS | $ | 274,000 | |

| GRAIN HANDLING EQUIPMENT | 2008 APPRAISAL | | PMSI |
|---|---|---|---|
| J&M 750 Grain Cart | $ | 15,000 | JD CREDIT |
| HUTCHINSON 6"x 30' GRAIN AUGER | $ | 650 | |
| 8"x15' GRAIN AUGER | $ | 200 | |
| 5"x 12' GRAIN AUGER | $ | 100 | |
| 12'x 10' FARN KING GRAIN TRANSFER | $ | 1,000 | |
| HUTCHINSON 6"x 10' GRAIN TRANSFER | $ | 1,000 | |
| HUTCHINSON 6"x 27' GRAIN AUGER ON CART | $ | 650 | |
| HUTCHINSON 5"x 40' GRAIN AUGER | $ | 700 | PARTS |
| WESTGO 1010 8"x 60' GRAIN AUGER | $ | 1,500 | |
| WESTGO WR100-61 10"x 60' GRAIN AUGER | $ | 4,500 | |
| BRANDT 8" x 60' GRAIN AUGER | $ | 700 | PARTS |
| BRANDT 6" x 56' GRAIN AUGER | $ | 500 | |
| WESTFIELD 8" x 26' GRAIN AUGERS (2) | $ | 3,000 | |
| AUTOMATIC ATG 3600 PORTABLE ROLLER MILL | $ | 3,200 | |
| CASE INT 5400 GRAIN DRILL | $ | 1,400 | |
| WESTFIELD WR 80-26 GRAIN AUGER ON CART | $ | 800 | |
| TOTAL | $ | 34,900 | |

| HAY / CORN SILAGE HARVEST EQUIPMENT | | | |
|---|---|---|---|
| JD 7550 CHOPPER W HARVEST LAB/HEADS | $ | 200,000 | JD CREDIT |
| JD 6750 CHOPPER/HEADS | $ | 120,000 | WELLS FARGO |
| KRONE BIG M | $ | 55,000 | |
| JD 956 DISCBINE | $ | 17,600 | |
| JD 955 MOCO DISCBINE | $ | 11,000 | WELLS FARGO |
| H&S MERGER | $ | 5,600 | AGRICREDIT |
| H&S MERGER | $ | 5,100 | AGRICREDIT |
| NH BLOWER | $ | 2,500 | |
| JD 3970 HAY HEAD | $ | 6,000 | |
| Krone 890 BIG SQUARE BALER /ACCUMULATOR | $ | 67,500 | AGRICREDIT |
| JD 468 ROUND BALER | $ | 31,975 | AGRICREDIT 2009 |
| H&S FORAGE BOXES (4) | $ | 20,000 | |
| SHEAHEN FORAGE BOX | $ | 900 | |
| H&S FORAGE BOX ON TANDEM TRAILOR | $ | 7,000 | |
| H&S WHIRL-A-RAKE | $ | 4,800 | AGRICREDIT |
| BADGER BLOWER | $ | 1,200 | |
| IH SIDE DELIVERY RAKE | $ | 500 | |
| BYRON DUMP CHIEF | $ | 15,000 | |
| 1516 Oxbo Dump Cart | $ | 16,000 | JD CREDIT |
| YETTER HAY ELEVATOR | $ | 750 | |
| GROUSER 12' BLADE | $ | 5,000 | |
| DAGELMAN 12' BLADE | $ | 5,000 | |
| DAGELMAN 14' BLADE | $ | 6,000 | |
| JD686 FORAGE HEAD | $ | 25,000 | JD CREDIT |
| TOTAL | $ | 629,425 | |

| COMBINES | | 2008 APPRAISAL | PMSI |
|---|---|---|---|
| JD 9510 | $ | 70,000 | |
| JD 9500 | $ | 30,000 | JD CREDIT |
| JD 9550 | $ | 100,000 | AGRICREDIT |
| 9560 Combine | $ | 135,000 | JD CREDIT |
| **TOTAL COMBINES** | $ | 335,000 | |

| COMBINE HEADS CORN | | |
|---|---|---|
| JD 693 | $ | 15,000 |
| JD643 | $ | 7,500 |
| JD 843 | $ | 8,000 |
| JD 444 | $ | 1,500 |
| JD 843 | $ | 8,000 |
| **TOTAL HEADS CORN** | $ | 40,000 |

| GRAIN PLATFORMS & TRANSPORTS | | | |
|---|---|---|---|
| JD 920F | $ | 10,000 | AGRICREDIT |
| JD 920F | $ | 10,000 | |
| JD 918 | $ | 6,500 | |
| JD 918 FLEX | $ | 5,000 | |
| JD 915 FLEX | $ | 3,500 | |
| JD 925 | $ | 16,000 | |
| JD 215 (Parts) | $ | 250 | |
| Transport CARTS HOMEMADE (2) | $ | 2,000 | |
| SMALL HEAD TRANSPORT | $ | 750 | |
| TOTAL | $ | 54,000 | |

| GRAVITY BOXES | | |
|---|---|---|
| UNVERFURTH GRAVITY BOXES (6) | $ | 18,000 |
| KILLBROS 325 GRAVITY BOX | $ | 8,500 |
| KILLBROS 475 GRAIN CART | $ | 4,500 |
| KILLBROS 385 GRAVITY BOX | $ | 3,750 |
| H&S GRAVITY BOX | $ | 3,500 |
| UNLOADING HOPPERS FOR GRAVITY BOXES (3) | $ | 2,250 |
| **TOTAL** | $ | 40,500 |

| MANURE HANDLING EQUIPMENT | 2008 APPRAISAL | | PMSI |
|---|---|---|---|
| HUSKY TANDOM AXLE LIQUID MANURE TANKS (3) | $ | 42,000 | |
| KNIGHT 7725 SLINGER MANURE SPREADER | $ | 4,000 | |
| KNIGHT 7725 SLINGER MANURE SPREADER | $ | 2,000 | |
| MEYER 275 TANDEM MANURE SPREADER | $ | 3,300 | |
| MEYERS TNADEM AXLE SPREADERS (2) | $ | 8,000 | |
| H&S 310 MANURE SPREADER | $ | 500 | |
| H&S 315 MANURE SPREADER | $ | 500 | |
| H&S 660 MANURE SPREADER(2) | $ | 54,000 | NAEDA |
| GEHL SCAVENGER MANURE SPREADER | $ | 500 | |
| SHEAHAN MANURE SPREADER | $ | 500 | PARTS |
| HUSKY MANURE PUMP | $ | 2,100 | |
| HUSKY LIQUID MANURE PUMP (4) | $ | 8,000 | |
| MANURE FILL STAND (2) | $ | 1,400 | |
| LIQUID MANURE PUMP W/FILL PIPE AND TRANSPORT | $ | 2,500 | |
| HUSKY LIQUID MANURE PROP | $ | 8,000 | |
| HUSKY LIQUID MANURE PUMP | $ | 2,850 | |
| TOTAL | $ | 140,150 | |

| PLANTERS & SPRAYERS | | | |
|---|---|---|---|
| JD1890 DRILL | $ | 55,000 | JD CREDIT |
| JD 1770 PLANTER | $ | 33,000 | JD CREDIT |
| JD 1780 CONSERVATION 16 ROW PLANTER | $ | 50,000 | |
| CASE IH 5200 BEAN DRILL | $ | 6,500 | |
| JD 250 SPRAYER | $ | 750 | |
| John Deere 4830 Sprayer | $ | 200,000 | JD CREDIT |
| FREISEN 4 COMPARTMENT SEED CART | $ | 12,000 | |
| FREISEN 2 COMPARTMENT SEED CART | $ | 8,000 | |
| TOTAL | $ | 365,250 | |

| SKIDSTEERS | | 2008 APPRAISAL | PMSI |
|---|---|---|---|
| BOBCAT S250 | $ | 20,000 | |
| BOBCAT S150 | $ | 12,500 | |
| BOBCAT 743B | $ | 6,000 | |
| BOBCAT 743B | $ | 6,000 | Burned 6/15/2011 |
| GEHL 5635 SXT | $ | 14,500 | |
| GEHL 5635 SXT | $ | 8,750 | |
| NH LX565 | $ | 8,000 | |
| VARIOUS SKIDSTEER BUCKETS | $ | 13,400 | |
| TOTAL | $ | 89,150 | |

| TILLAGE | | | |
|---|---|---|---|
| BRILLION 6 ROW CULTIVATOR | $ | 1,200 | |
| SIDE SHOOTER | $ | 4,200 | |
| FRONT MOUNTED INCORPORATOR, TANK & PUMP | $ | 500 | |
| Tandem AXLE HYD STONE WAGON | $ | 900 | |
| AGRA SYSTEMS 6200 FERT APPLICATOR 16 ROW | $ | 7,500 | |
| 12 ROW 28% APPLICATOR | $ | 4,000 | |
| JD2200 42' SOIL FINISHER | $ | 26,000 | AGRICREDIT |
| CASE IH 3900 CUSHION GANG II WHEEL DISK | $ | 7,500 | |
| DMI ECOLO-TIGER 730B CHISEL PLOW | $ | 14,000 | |
| DMI ECOLO-TIGER 530B CHISEL PLOW | $ | 10,000 | |
| BRILLION 15' PULVERMULCHER | $ | 6,500 | |
| WILRICH QUAD 5 FIELD FINISHER (2) | $ | 24,000 | |
| SUNFLOWER 36' WHEEL DISK | $ | 16,000 | |
| BRILLION CULTIPACKER | $ | 12,000 | |
| JD 1050 FIELD CULTIVATOR | $ | 4,000 | |
| BUFFALO SCOUT ii GUIDENCE SYSTEM | $ | 3,500 | |
| JD 2700 6-18" PLOW | $ | 600 | |
| JD 355 OFFSET DISC | $ | 3,500 | |
| DMI SUBSOILER | $ | 1,200 | |
| SUMMERS HYD ROCK PICKER | $ | 3,500 | |
| BRILLION 3 SHANK SUBSOILER | $ | 2,500 | |
| BUSH HOG/LILLISTON 6 ROW CULTIVATOR | $ | 600 | |
| BRILLIO 6 ROW DANISH TINE CULTIVATOR | $ | 4,500 | |
| JD 3710 7 BOTTOM PLOW | $ | 4,750 | |
| GLENCOE 9 SHANK CHISEL PLOW | $ | 500 | |
| TOTAL | $ | 163,450 | |

| LAWNMOWERS & ALL TERAIN VEHICLES | 2008 APPRAISAL | | PMSI |
|---|---|---|---|
| JOHN DEERE GATOR XUV GATOR DIESEL | $ | 10,000 | JD CREDIT |
| YAHAHA GRUIN 4X4 ATV | $ | 3,000 | |
| JOHN DEERE X748 LAWN MOWER | $ | 9,500 | JD CREDIT |
| JOHN DEERE 4X2 GATOR | $ | 2,000 | |
| JOHN DEERE 455 LAWN MOWER | $ | 3,500 | |
| E-Z GO GOLF CART | $ | 650 | |
| CLARK FORKLIFT | $ | 1,500 | |
| **TOTAL** | $ | 30,150 | |

| LOADERS & ACCESSORIES | | | |
|---|---|---|---|
| MICHIGAN LOADER | $ | 18,000 | |
| (2)JD 544B PAYLOADER | $ | 12,000 | |
| NORTEC BUNKER FACER | $ | 12,000 | |
| FORKLIFT ATTACHMENTS-facer, bale fork, material bucket, | $ | 4,350 | |
| **TOTAL** | $ | 46,350 | |

| MATERIAL HANDLERS | | | |
|---|---|---|---|
| GEHL DYNA HANDLER | $ | 17,000 | |
| MANITOU MLT 633 L | $ | 18,000 | |
| MANITOU MLX 741-120 LSU TURBO | $ | 25,000 | |
| ROTO GRIND 760 BALE GRINDERS (2) | $ | 6,000 | WELLS FARGO |
| 3 SCHUETTE BALE WAGON | $ | 2,500 | |
| SUPRA 1500 TMR MIXER | $ | 100 | |
| OSWALT 230 TMR | $ | 1,800 | |
| KNIGHT TMR MIXER | $ | 18,000 | BADGERLAND FIN |
| **TOTAL** | $ | 88,400 | |

| VARIOUS | | | |
|---|---|---|---|
| JD MX8 ROTARY MOWER | $ | 2,000 | |
| ONAN GENERATOR | $ | 3,000 | |
| SULLIVAN D185 QV AIR COMPRESSOR | $ | 4,000 | |
| PAUL LIVESTOCK SCALE | $ | 1,500 | |
| FLAT WAGON W/ RUNNING GEAR | $ | 800 | |
| BOSS 8'6" POWER V BLADE | $ | 3,500 | |
| MUELLER 800 GALLON BULK TANK | $ | 1,600 | |
| DEC 3000 GALLON BULK TANK | $ | 16,000 | |
| 4000 GALLON BULK TANK | $ | 20,000 | |
| CALF TEL CALF HUTCHES (135) | $ | 23,625 | |
| PORTABLE SEMI UNLOAD PUMP | $ | 2,500 | |
| ASHLAND 1900 EARTH MOVER | $ | 5,600 | |
| JD Backhoe 310 E | $ | 42,000 | JD CREDIT |
| ALLOYWAY STALK SHREADDER | $ | 17,500 | |
| **TOTAL** | $ | 143,625 | |

**Hamp Haven Farm Steers**  (Question 31)

| | | | Ave weight | Animals | Total LBS | | $/lb | | |
|---|---|---|---|---|---|---|---|---|---|
| 200 lbs | to | 400 lbs | 300 | 42 | 12600 | $ | 1.00 | $ 12,600.00 |
| 400 lbs | to | 600 lbs | 500 | 34 | 17000 | $ | 1.00 | $ 17,000.00 |
| 600 lbs | to | 800 lbs | 700 | 31 | 21700 | $ | 1.00 | $ 21,700.00 |
| 800 lbs | to | 1000 lbs | 900 | 4 | 3600 | $ | 1.00 | $  3,600.00 |
| 1000 lbs | to | 1200 lbs | 1100 | 2 | 2200 | $ | 1.00 | $  2,200.00 |
| 1200 lbs | up | 1400 lbs | 1300 | 22 | 28600 | $ | 1.00 | $ 28,600.00 |

**Total Steers** $ 85,700.00

**Feed on hand**  (Question 30)

| | tons | $/ton | | Totals | |
|---|---|---|---|---|---|
| Corn silage | 2000 | $  25.00 | | $ | 50,000.00 |
| Alfalfa | 4000 | $  35.00 | | $ | 140,000.00 |
| | | TOTAL | | $ | 190,000.00 |

| Inventory | | Gallons | | $/gallon | | | |
|---|---|---|---|---|---|---|---|
| Diesel Fuel (varies day to day) | | | 2000 | $ 3.60 | $ | 7,200.00 |
| Fertilizer | | | | | None | |
| Chemicals | | | | | None | |
| | | Total | | | $ | 7,200.00 |

.

In re   **Hamp Haven Farms, a general partnership**    ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

_0_ continuation sheets attached to Schedule of Property Claimed as Exempt

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Hamp Haven Farms, a general partnership** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **7/7/2009** | | | | | |
| **Creditor #: 1** **Agricredit Acceptance LLC** **PO Box 2000** **Johnston, IA 50131-0020** | | - | **PMSI** **PMSI in several pieces of property: balers, bale accumulator, rakes, cultivator, heads, mergers, attached list for summary** | | X | | | |
| | | | Value $                **Unknown** | | | | 159,921.00 | 0.00 |
| Account No. | | | **Purchase Money Security Interest** | | | | | |
| **Creditor #: 2** **Ally Financial** **P.O. Box 380901** **Minneapolis, MN 55438** | | - | **2008 Chevrolet Silverado** | | | | | |
| | | | Value $                **17,500.00** | | | | 17,468.10 | 0.00 |
| Account No. | | | **Docketed 7/13/2010** | | | | | |
| **Creditor #: 3** **Animart, Inc.** **900 Green Valley Road** **Beaver Dam, WI 53916** | | - | **Judgment Lien** **See Manitowoc County Case Number 2010TJ000033; believed satisfied** | | X | X | | |
| | | | Value $                **Unknown** | | | | 0.00 | 0.00 |
| Account No. | | | **Mortgage** | | | | | |
| **Creditor #: 4** **Badgerland Farm Credit Services, ACA** **315 Broadway** **P.O. Box 69** **Baraboo, WI 53913-0069** | X | - | **Amount of debt is included in debt owing to Lawrence Gohlke who is actually one of several co-obligors** | X | X | X | | |
| | | | Value $                **0.00** | | | | 0.00 | 0.00 |
| __5__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 177,389.10 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

In re  **Hamp Haven Farms, a general partnership**                                          , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 8/31/2004; 9/29/2005 & 5/30/2006; GFSA | | | | | |
| **Creditor #: 5** **Bank First National** **402 N. 8th St.** **Manitowoc, WI 54221** | - | | | | **General interest in all assets, and PMSI in 2006 Pace Trailer & crops & related contracts including crop ins. proceeds. Also see Manitowoc Co. Case No. 11-CV-0125** | | | X | | |
| | | | | | Value $              **Unknown** | | | | **1,146,128.00** | **0.00** |
| Account No. | | | | | | | | | | |
| **Attorney Charles P. Graupner** **Michael Best & Friedrich LLP** **100 East Wisconsin Avenue, Suite 3300** **Milwaukee, WI 53202-4108** | | | | | **Representing:** **Bank First National** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | 6/9/2011 | | | | | |
| **Creditor #: 6** **Braun Building Center** **3303 Menasha Avenue** **Manitowoc, WI 54220-1699** | - | | | | **Judgment Lien** **Default Judgment docketed, see Manitowoc County Case Number 2011CV000202; preferential** | | | X | | |
| | | | | | Value $              **0.00** | | | | **34,612.94** | **0.00** |
| Account No. | | | | | | | | | | |
| **Attorney Christopher R. Bandt** **Nash, Spindler, Grimstad & McCracken LLP** **4221 Michigan Avenue** **Manitowoc, WI 54220** | | | | | **Representing:** **Braun Building Center** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | 7/8/2010 | | | | | |
| **Creditor #: 7** **C.F. Heckmann Co., Inc.** **13107 Pioneer Rd.** **Newton, WI 53063** | - | | | | **Judgment Lien** **Judgment Docketed; See Manitowoc County Case Number 2010SC000847** | | | | | |
| | | | | | Value $              **0.00** | | | | **2,987.60** | **0.00** |

Sheet __1__ of __5__ continuation sheets attached to                                        Subtotal
Schedule of Creditors Holding Secured Claims                                        (Total of this page)

| | |
|---|---|
| **1,183,728.54** | **0.00** |

In re  **Hamp Haven Farms, a general partnership**                              Case No. _____
_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | |
| Attorney David J. Pawlowski Salutz & Salutz LLP 823 Marshall St. PO Box 187 Manitowoc, WI 54221-0187 | | | | Representing: C.F. Heckmann Co., Inc. | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | Default Judgment Docketed 1/25/2011 | | | | | |
| Creditor #: 8 Circle B 3804 Vinburn Road De Forest, WI 53532 | | - | | Judgment Lien  Docketed Judgment against Tom Braun & Steve O'Leary dba Debtor; see Manitowoc County Case Number 2010CV001065 | X | X | | | |
| | | | | Value $          0.00 | | | | 9,100.92 | 0.00 |
| Account No. | | | | | | | | | |
| Attorney Steven Stolper Law Offices of Steven L Stolper 740 N Plankinton Ave # 336 Milwaukee, WI 53203 | | | | Representing: Circle B | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | 6/5/2002 | | | | | |
| Creditor #: 9 Farm Service Agency 4319 Expo Dr. P. O. Box 1840 Manitowoc, WI 54221-1840 | | - | | Mortgage  secured on real estate (6 parcels) held in the names of the partners of Debtor & their spouses, Thomas & Pamela Braun and Steven & Jeanne O'Leary | X | X | | | |
| | | | | Value $        **Unknown** | | | | 590,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| United States Attorney 517 E. Wisconsin Avenue (Farm Service Agency) Milwaukee, WI 53202 | | | | Representing: Farm Service Agency | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **5**   continuation sheets attached to                                Subtotal                | 599,100.92 | 0.00 |
Schedule of Creditors Holding Secured Claims                                (Total of this page)

In re  **Hamp Haven Farms, a general partnership**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Manitowoc Reg. Deeds #1052632** | | | 9/8/2008 & 6/13/2011 | | | | | |
| **Creditor #: 10** **Internal Revenue Service** **Centralized Insolvency Operation** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | - | | **Federal Tax Liens** **Tax Liens Filed in Manitowoc County 9/8/2008 ($9,541.56) & 6/13/2011 ($277,973.75; 2007 - 2010)** | X | X | | | |
| | | | Value $          **Unknown** | | | | **289,000.00** | **0.00** |
| Account No. | | | | | | | | |
| **Insolvency Unit West 17, Grp 4-Milwaukee** **Organization Code: SES:C:AIQ:WI7** **211 W. Wisconsin Ave, Stop 5301** **Milwaukee, WI 53203-2221** | | | **Representing:** **Internal Revenue Service** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **see UCC Filing 040019536938** | | | 4/20/2000 | | | | | |
| **Creditor #: 11** **J Deere Credit/JD Const & Forestry** **6400 NW 86th Street** **Johnston, IA 50131** | - | | **PMSI's & cross-collateralized liens** **Tractors, combines, drill, planter, heads, carts, sprayer, loaders, backhoe** | X | X | | | |
| | | | Value $          **Unknown** | | | | **634,432.00** | **0.00** |
| Account No. | | | | | | | | |
| **FPC Financial, FSB** **8402 Excelsior Drive** **Madison, WI 53705** | | | **Representing:** **J Deere Credit/JD Const & Forestry** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | 12/14/2010 | | | | | |
| **Creditor #: 12** **Lawrence E. Madson** **10507 US Highway 151** **Manitowoc, WI 54220** | - | | **Judgment Lien** **Judgment Docketed against Tom Braun dba Hamp Haven Farms , See Manitowoc County Case Number 2010SC001440** | | | X | | |
| | | | Value $          **109,500.00** | | | | **5,198.50** | **0.00** |

Sheet ___3___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **928,630.50** | **0.00** |

In re  **Hamp Haven Farms, a general partnership**                    ,     Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **see UCC Filing 040014782022** | | | **5/7/2007** **GBSA** | | | | | |
| **Creditor #: 13** **Lawrence Gohlke** **PO Box 120** **Neshkoro, WI 54960-0120** | | - | **General lien on all assets + 3 real estate mortgages on non-Debtor (insider) real estate, plus mortgage assigned 3/27/2008 by Adam Gohlke in original amount of $148,500, 4/28/2006** | X | X | X | | |
| | | | Value $                      **Unknown** | | | | **3,500,000.00** | **0.00** |
| Account No. | | | | | | | | |
| **Attorney John Wenning** **Wenning Law Firm** **N1393 Rainbow Rd** **Keshena, WI 54135-9362** | | | **Representing:** **Lawrence Gohlke** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Attorney Scott Lawrence** **Lawrence Law Office** **403 S. Fourth Ave** **PO Box 117** **Saint Nazianz, WI 54232-0117** | | | **Representing:** **Lawrence Gohlke** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **2008 - 2010 RE Taxes** | | | | | |
| **Creditor #: 14** **Manitowoc County Treasurer** **1010 South 8th Street** **Manitowoc, WI 54220** | | - | **See Schedule A - 2 parcels** | | | | | |
| | | | Value $                      **Unknown** | | | | **6,000.00** | **Unknown** |
| Account No. | | | **Crop lien** | | | | | |
| **Creditor #: 15** **Merwynn Trade Group LLC** **Suite 3C** **100 Maritime Drive** **Manitowoc, WI 54220** | | - | **2011 crop inputs** | | | | | |
| | | | Value $                      **0.00** | | | | **500,000.00** | **500,000.00** |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **4,006,000.00** | **500,000.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re   **Hamp Haven Farms, a general partnership**      ,    Case No. _____

                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **see UCC Filing 07001656452**<br><br>**Creditor #: 16**<br>**Naeda Financial Ltd., L.P.**<br>**14010 First National Bank Parkway**<br>**Suite 400**<br>**Omaha, NE 68154** | - | | 12/4/2004<br><br>**PMSI**<br><br>**(2) 2007 Model 660 H&S Spreaders - s/n 800019 and s/n 800020** | | X | X | | |
| | | | Value $     **Unknown** | | | | 16,695.58 | 0.00 |
| Account No.<br><br>**Creditor #: 17**<br>**PDJ Land Capital II LLC**<br>**300 East 64th St, #10D**<br>**c/o Patrick D Jennings**<br>**New York, NY 10065** | - | | Judgment Docketed 5/18/2010<br><br>**Judgment Lien**<br><br>**Docketed Judgment against Tom Braun dba Debtor; see Manitowoc County Case Number 2010SC000103; believed satisfied** | | | X | | |
| | | | Value $     **Unknown** | | | | 0.00 | 0.00 |
| Account No.<br><br>**Creditor #: 18**<br>**Riesterer & Schnell**<br>**23411 Highway 151**<br>**Chilton, WI 53014** | - | | Judgment Docketed 7/21/2010<br><br>**Judgment Lien**<br><br>**Docketed Judgment; see Manitowoc County Case Number 2010CV000395** | | | | | |
| | | | Value $     **Unknown** | | | | 39,609.48 | 0.00 |
| Account No.<br><br>**Attorney Eric A. Baker**<br>**Boardman, Suhr, Curry & Field LLP**<br>**1 S. Pinckney St., 4th Fl.**<br>**PO Box 927**<br>**Madison, WI 53701-0927** | | | **Representing:**<br>**Riesterer & Schnell** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.<br><br>**Creditor #: 19**<br>**Wells Fargo Financial Leasing**<br>**800 Walnut Street #F4031-05**<br>**Des Moines, IA 50309-3605** | - | | 8/19/02<br><br>**Purchase Money Security Interest**<br><br>**JD 467 Baler, forage harvester, tractor, heads, mower** | | X | X | | |
| | | | Value $     0.00 | | | | 135,000.00 | 0.00 |

Sheet  **5**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 191,305.06 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 7,086,154.12 | 500,000.00 |

In re    **Hamp Haven Farms, a general partnership**                ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____ continuation sheets attached

In re **Hamp Haven Farms, a general partnership** ,     Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br> **Creditor #: 1** <br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | - | **Unpaid Payroll Taxes, if any, not included in tax liens filed in Manitowoc County; other unpaid taxes** | | | | | **Unknown** | **Unknown** |
| Account No. <br> **Insolvency Unit West 17, Grp 4-Milwaukee** <br> **Organization Code: SES:C:AIQ:WI7** <br> **211 W. Wisconsin Ave, Stop 5301** <br> **Milwaukee, WI 53203-2221** | | **Representing:** <br> **Internal Revenue Service** | | | | | **Notice Only** | |
| Account No. **39-1873998** <br> **Creditor #: 2** <br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | - | **2006 - 2010** <br><br> **Unpaid 943 taxes incurred by captive subsidiary HHF Construction - lien filed with DFI in June or July 2011 by which time HHF had ceased all operations and had no remaining assets** | | | | X | **106,000.00** | **0.00** <br><br> **106,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 0.00 <br> 106,000.00 | 106,000.00 |
| Total (Report on Summary of Schedules) | 0.00 <br> 106,000.00 | 106,000.00 |

In re **Hamp Haven Farms, a general partnership** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 1 Creditor #: 1 Bowers Feed & Grain Inc. 825 Pamela Street Wrightstown, WI 54180 | - | | | | Trade Creditor - materials or services; see pending Brown County Case Number 2010CV000256 | | X | X | 69,287.50 |
| Account No. Attorney Angus R. McIntyre A. McIntyre Law Office LLC 47 Park Pl. Ste 250 Appleton, WI 54914-8216 | | | | | Representing: Bowers Feed & Grain Inc. | | | | Notice Only |
| Account No. Creditor #: 2 Country Visions 305 N. 6th Street Reedsville, WI 54230 | - | | | | Trade Creditor - Inputs | | X | X | 496,116.81 |
| Account No. Creditor #: 3 CP Feeds 16322 W. Washington Street Valders, WI 54245 | - | | | | Trade Creditor - Inputs | | X | X | 226,016.57 |

___3___ continuation sheets attached

Subtotal (Total of this page) **791,420.88**

In re **Hamp Haven Farms, a general partnership** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Creditor - materials or services | | | | |
| Creditor #: 4 F. Radandt Sons, Inc. 1800 Johnston Drive Manitowoc, WI 54220 | - | | | | | X | X | 8,685.38 |
| Account No. | | | | Trade Creditor - materials or services | | | | |
| Creditor #: 5 Furst-McNess 120 East Clark Street Freeport, IL 61032 | - | | | | | X | X | 45,255.44 |
| Account No. | | | | Legal services | | | | |
| Creditor #: 6 Godfrey & Kahn SC 333 Main Street PO Box 13067 Green Bay, WI 54307-3067 | - | | | | | | X | 15,000.00 |
| Account No. | | | | Trade Creditor - materials or services | | | | |
| Creditor #: 7 Jansky's Tire Service 2326 S 22nd St. Manitowoc, WI 54220 | - | | | | | X | X | 21,141.02 |
| Account No. | | | | Disputed lease payments | | | | |
| Creditor #: 8 Ken Luebke Estate 4818 Hwy 42 Manitowoc, WI 54220 | - | | | | | X | X | 170,507.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **260,588.84**

In re **Hamp Haven Farms, a general partnership** ,  Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor - materials or services | | | | |
| Creditor #: 9<br>Lakeside Systems<br>P.O. Box 196<br>New Holstein, WI 53061-0196 | - | | | | X | X | 7,111.90 |
| Account No. | | | Legal Services | | | | |
| Creditor #: 10<br>Lawrence Law Office<br>P.O. Box 117<br>Saint Nazianz, WI 54232-0117 | - | | | | X | X | 3,048.69 |
| Account No. | | | Trade Creditor - materials or services | | | | |
| Creditor #: 11<br>Neumann Agriprises<br>4823 Thunder Road<br>Whitelaw, WI 54247 | - | | | | X | X | 12,572.50 |
| Account No. | | | Trade Creditor - materials or services; see pending Manitowoc County Case Number 2011CV000464 | | | | |
| Creditor #: 12<br>Poplar Farms Sales & Service LLC<br>9630 Old 151 Rd<br>Manitowoc, WI 54220 | - | | | | X | X | Unknown |
| Account No. | | | | | | | |
| Attorney Timothy A. Burkard<br>Michael Best & Friedrich LLP<br>1000 Maritime Dr.<br>Manitowoc, WI 54220-2922 | | | Representing:<br>Poplar Farms Sales & Service LLC | | | | Notice Only |

Sheet no. __2___ of __3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     22,733.09

In re **Hamp Haven Farms, a general partnership** ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Prayer on third party complaint for insurance proceeds in excess of $250,000 which allegedly should have been applied to Plaintiff's pre-existing debt owed by Debtor | X | X | X | |
| Creditor #: 13 Rural Community Insurance Services 3501 Thurston Avenue Anoka, MN 55303 | - | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Representing: Rural Community Insurance Services | | | | **Notice Only** |
| Roy L. Prange Quarles & Brady LLP 33 E. Main Street, Ste 900 (re Rural Community Insurance Services) Madison, WI 53703 | | | | | | | |
| Account No. | | | Trade Creditor - materials or services | | X | X | |
| Creditor #: 14 Van Der Vaart PO Box 490 Sheboygan, WI 53082 | - | | | | | | |
| | | | | | | | **12,354.83** |
| Account No. | | | Trade Creditor - materials or services | | X | X | |
| Creditor #: 15 Vanderloop Equipment W2834 Dundas Rd. Brillion, WI 54110 | - | | | | | | |
| | | | | | | | **14,888.67** |
| Account No. | | | Credit Card | | X | X | |
| Creditor #: 16 Wells Fargo PO Box 4626 Carol Stream, IL 60197-6426 | - | | | | | | |
| | | | | | | | **27,189.29** |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **54,432.79** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,129,175.60** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Hamp Haven Farms, a general partnership**
,
Debtor

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Multiple leases of primarily crop land on varying terms - see attached list + leases from Wolfgang Dairy; half pd by milk check & half by other methods** | **All land leases are current and will be assumed.** |

**0**

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# Hamp Haven Farms
## Rental Agreements

| Farm / Name | Rent | Questions | Acres | Last Year of Contract | Comments |
|---|---|---|---|---|---|
| Arnhoelter farm | $ 60,000.00 | | | Year TO YEAR | Pit, Barn |
| Charger Partners | $ 75,000.00 | | | Year TO YEAR | Barns, Pit, Machine shed |
| Christine Davison | $ 10,675.00 | | 85.40 | | 2013 |
| Paul Dvorak | $ 10,800.00 | | 72.00 | | 2010 |
| Fred Fels | $ 7,200.00 | | 90.00 | | 2011 |
| Fessler | $ 48,000.00 | | ??? | Year TO YEAR | |
| Franciscan Sisters of Charity | $ 3,080.00 | | 56.00 | | 2004 |
| John Groth | $ 3,760.00 | | 37.60 | | 2011 |
| Donald Harpt | $ 18,377.00 | | 147.10 | | 2011 |
| Helen Hill | $ 11,250.00 | | 90.00 | | 2014 |
| John & Mark Krcma | $ 2,720.00 | ??? | 30.00 | | 2010 |
| Bob Kortens | $ 4,702.50 | | 57.00 | | 2012 |
| Lloyd (Sonny) Lensmeyer | $ 16,800.00 | | 110.00 | | 2010 |
| John Mangin | $ 12,000.00 | | 35.00 | 2011 | |
| Luebke Kid's | $ 12,000.00 | | 62.50 | ??? | Pit, Machine Shed, Barn |
| Rudolph Mancheski | $ 39,060.00 | | 252.00 | | 2012 |
| Manitowoc County | $ 1.00 | | 23.00 | Year TO YEAR | |
| Virginia Neuser | $ 8,500.00 | | 69.00 | | 2013 |
| Ervin Polifka | $ 7,000.00 | | 70.00 | | 2012 |
| Rameker Farms | $ 4,875.00 | ??? | 65.00 | | 2013 |
| Rathsack Association | $ 10,750.00 | | 85.60 | Year TO YEAR | |
| Rockwell Lime | $ 1,956.00 | ??? | 32.50 | | 2002 |
| Bob Schuh | $ 3,600.00 | | 36.00 | | 2011 |
| Willow Creek Farm | $ 6,500.00 | | 65.00 | | 2011 |
| Chester Shedlosky | $ 6,250.00 | | 50.00 | | 2011 |
| Howie & Howard Stelzer | $ 4,000.00 | | 32.00 | | 2014 |
| Rick Taddy | $ 5,365.00 | | 56.00 | Year TO YEAR | |
| Mark & Renee Thelen | $ 2,600.00 | | 32.50 | | 2011 |
| Wallender Farms | $ 6,875.00 | | 55.00 | Year TO YEAR | |
| | $ 409,216.50 | | | | |

In re    **Hamp Haven Farms, a general partnership**        Case No. _____
                                      Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | |
|---|---|
| Jean Gohlke<br>P.O. Box 120<br>Neshkoro, WI 54960 | |
| LaVerne Braun<br>213 Maple Street<br>Whitelaw, WI 54247 | |
| Paul J. Braun<br>11812 Palm Grove Road<br>Whitelaw, WI 54247 | |
| Richard & Cynthia Gohlke<br>P.O. Box 120<br>Neshkoro, WI 54960 | |

Much of the debt in this Petition has multiple co-debtors and/or is secured by real property owned by non-Debtor individuals. All of these individuals are listed in this Petition in connection with at least one of the debts for which they, or their property, are obliged. To avoid unnecessary complexity, however, they are not listed in connection with every such debt, and only the co-debtors *other than* Thomas & Pamela Braun and Steven and Jeanne O'Leary are listed above.

Sheet 1 of 1 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re __Hamp Haven Farms, a general partnership__

Debtor(s)

Case No. _____

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __34__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __August 11, 2011__

Signature __/s/ Thomas L. Braun__

**Thomas L. Braun**
**Partner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Hamp Haven Farms, a general partnership**                    Case No.

                                                  Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,439,556.00** | **2009 - Gross Income as stated on Schedule F - Profit or Loss from Farming; net income of $341,907** |
| **$3,785,009.00** | **2010 - Gross Income as stated on Schedule F - Profit or Loss from Farming; net income of $218,552** |
| **$1,136,402.26** | **2011 - YTD gross income; negative net income of ($52,026.44) through July 31, 2011 but profit projected for total year** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Information available upon request if relevant (100% Plan contemplated)** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Poplar Farms Sales & Service LLC vs. Hamp Haven Farms et al; Case Number 2011CV000464** | **Money Judgment** | **Manitowoc County Circuit Court** | **Pending** |
| **Braun Building Center, Inc. vs. Wolfgang Dairy, LLC et al; Case Number 2011CV000202** | **Money Judgment** | **Manitowoc County Circuit Court** | **Judgment for $34,612.94 docketed 6/9/2011** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lawrence E Madson vs. Thomas Braun (dba Hamp Haven Farms); Case Number 2010SC001440** | **Small Claims** | **Manitowoc County Circuit Court** | **Judgment of $5,198.50 docketed 12/14/2010** |
| **Animart, Inc. vs. Pamela Braun et al (dba Hamp Haven Farms); Case Number 2010TJ000033** | **Transcript of Judgment** | **Manitowoc County Circuit Court** | **Judgment of $18,679.23 docketed on 7/13/2010** |
| **C.F. Heckmann Co., Inc. vs. Tom Braun (dba Hamp Haven Farms); Case Number 2010SC000847** | **Small Claims** | **Manitowoc County Circuit Court** | **Judgment for $2,987.60 docketed 7/8/2010** |
| **Gerald Censky vs. Tom Braun (dba Hamp Haven Farms); Case Number 2010SC000670** | **Small Claims** | **Manitowoc County Circuit Court** | **Judgment for $4,121.50 docketed 5/27/2010** |
| **PDJ Land Capital II LLC vs. Tom Braun et al; Case Number 2010SC000103** | **Eviction/Money Judgment** | **Manitowoc County Circuit Court** | **Judgment for $5,284.50 docketed 5/18/2010** |
| **Hamp Haven Farms et al vs. Knoener Family Farm Inc et al; Case Number 2010CV001374** | **Contract** | **Sheboygan County Circuit Court** | **Debtor is Plaintiff; scheduled for trial April 17-19, 2012** |
| **Circle B Inc. vs. Thomas L Braun et al (dba Hamp Haven Farms); Case Number 2010CV001065** | **Money Judgment** | **Manitowoc County Circuit Court** | **Judgment for $9,100.92 docketed 1/25/2011** |
| **Riesterer & Schnell, Inc. vs. Hamp Haven Farms a General Partnership et al; Case Number 2010CV000395** | **Money Judgment** | **Manitowoc County Circuit Court** | **Judgment for $39,609.48 docketed 7/21/2010** |
| **Bowers Feed & Grain Inc vs. Thomas Braun et al; Case Number 2010CV000256** | **Money Judgment** | **Brown County Circuit Court** | **Pending** |
| **Bank First National vs. Rural Community Insurance Services vs. Hamp Haven Farms et al, Case No. 11-CV-0125** | **Money Judgment (Debtor is 3rd party Defendant)** | **Manitowoc County Circuit Court** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Gehl skid steer burned up; insurance check of $10,800 expected to replace** | | **July 2011** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steinhilber, Swanson, Mares, Marone & Mc 107 Church Avenue PO Box 617 Oshkosh, WI 54903-0617** | **June, 2011** | **$8,961 + filing fee** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Wolfgang Dairy, LLC & Thistle Dairy** | **Approx 1,500 heifers are being custom raised for Wolfgang Dairy (400) and Thistle Dairy (1,000 +) at several Hamp Haven locations** | |

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Hamp Haven Farms** | **39-1667679** | **15908 San Road Reedsville, WI 54230** | **Farming - Harvesting and Feed** | **1978 - Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                      DATES SERVICES RENDERED
**Richard G. Lorenz, CPA**                                                           **Annual tax returns**
**PO Box 117**
**Saint Nazianz, WI 54232**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Thomas L. Braun | Partnership Interest | 1/2 |
| Steven J. O'Leary | Partnership Interest | 1/2 |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 11, 2011**          Signature    **/s/ Thomas L. Braun**
                                                        **Thomas L. Braun**
                                                        **Partner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Hamp Haven Farms, a general partnership**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 100,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 80,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify): **$20k retainer rec'd for pre-filing work; balance held in trust; billing will be hourly, paid upon approval of interim and final application to the Court. Debtor & related entity Wolfgang Dairy provided the single retainer indicated above to prepare for both cases.**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 11, 2011**

**/s/ Paul G. Swanson**
**Paul G. Swanson**
**Steinhilber, Swanson, Mares, Marone & McDermott**
**107 Church Avenue**
**PO Box 617**
**Oshkosh, WI 54903-0617**
**920-235-6690  Fax: 920-426-5530**

---

# United States Bankruptcy Court

**Eastern District of Wisconsin**

In re    **Hamp Haven Farms, a general partnership** ,

                           Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Steven J. O'Leary** | **Partner** | | **1/2 Partnership Interest** |
| **Thomas L. Braun** | **Partner** | | **1/2 Partnership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **August 11, 2011** _____      Signature_ **/s/ Thomas L. Braun** _____

                                                           **Thomas L. Braun**

                                                            **Partner**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   __Hamp Haven Farms, a general partnership__       Case No. _____

Debtor(s)       Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __August 11, 2011__       __/s/ Thomas L. Braun__

                                          __Thomas L. Braun__/__Partner__
                                          Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

Agricredit Acceptance LLC
PO Box 2000
Johnston, IA 50131-0020

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

Animart, Inc.
900 Green Valley Road
Beaver Dam, WI 53916

Attorney Angus R. McIntyre
A. McIntyre Law Office LLC
47 Park Pl. Ste 250
Appleton, WI 54914-8216

Attorney Charles P. Graupner
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

Attorney Christopher R. Bandt
Nash, Spindler, Grimstad & McCracken LLP
4221 Michigan Avenue
Manitowoc, WI 54220

Attorney David J. Pawlowski
Salutz & Salutz LLP
823 Marshall St.
PO Box 187
Manitowoc, WI 54221-0187

Attorney Eric A. Baker
Boardman, Suhr, Curry & Field LLP
1 S. Pinckney St., 4th Fl.
PO Box 927
Madison, WI 53701-0927

Attorney John Wenning
Wenning Law Firm
N1393 Rainbow Rd
Keshena, WI 54135-9362

Attorney Scott Lawrence
Lawrence Law Office
403 S. Fourth Ave
PO Box 117
Saint Nazianz, WI 54232-0117

Attorney Steven Stolper
Law Offices of Steven L Stolper
740 N Plankinton Ave # 336
Milwaukee, WI 53203

Attorney Timothy A. Burkard
Michael Best & Friedrich LLP
1000 Maritime Dr.
Manitowoc, WI 54220-2922

Badgerland Farm Credit Services, ACA
315 Broadway
P.O. Box 69
Baraboo, WI 53913-0069

Bank First National
402 N. 8th St.
Manitowoc, WI 54221

Bowers Feed & Grain Inc.
825 Pamela Street
Wrightstown, WI 54180

Braun Building Center
3303 Menasha Avenue
Manitowoc, WI 54220-1699

C.F. Heckmann Co., Inc.
13107 Pioneer Rd.
Newton, WI 53063

Circle B
3804 Vinburn Road
De Forest, WI 53532

Country Visions
305 N. 6th Street
Reedsville, WI 54230

CP Feeds
16322 W. Washington Street
Valders, WI 54245

F. Radandt Sons, Inc.
1800 Johnston Drive
Manitowoc, WI 54220

Farm Service Agency
4319 Expo Dr.
P. O. Box 1840
Manitowoc, WI 54221-1840

FPC Financial, FSB
8402 Excelsior Drive
Madison, WI 53705

Furst-McNess
120 East Clark Street
Freeport, IL 61032

Godfrey & Kahn SC
333 Main Street
PO Box 13067
Green Bay, WI 54307-3067

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

J Deere Credit/JD Const & Forestry
6400 NW 86th Street
Johnston, IA 50131

Jansky's Tire Service
2326 S 22nd St.
Manitowoc, WI 54220

Jean Gohlke
P.O. Box 120
Neshkoro, WI 54960

Ken Luebke Estate
4818 Hwy 42
Manitowoc, WI 54220

Lakeside Systems
P.O. Box 196
New Holstein, WI 53061-0196

LaVerne Braun
213 Maple Street
Whitelaw, WI 54247

Lawrence E. Madson
10507 US Highway 151
Manitowoc, WI 54220

Lawrence Gohlke
PO Box 120
Neshkoro, WI 54960-0120

Lawrence Law Office
P.O. Box 117
Saint Nazianz, WI 54232-0117

Manitowoc County Treasurer
1010 South 8th Street
Manitowoc, WI 54220

Merwynn Trade Group LLC
Suite 3C
100 Maritime Drive
Manitowoc, WI 54220

Naeda Financial Ltd., L.P.
14010 First National Bank Parkway
Suite 400
Omaha, NE 68154

Neumann Agriprises
4823 Thunder Road
Whitelaw, WI 54247

Paul J. Braun
11812 Palm Grove Road
Whitelaw, WI 54247

PDJ Land Capital II LLC
300 East 64th St, #10D
c/o Patrick D Jennings
New York, NY 10065

Poplar Farms Sales & Service LLC
9630 Old 151 Rd
Manitowoc, WI 54220

Richard & Cynthia Gohlke
P.O. Box 120
Neshkoro, WI 54960

Riesterer & Schnell
23411 Highway 151
Chilton, WI 53014

Roy L. Prange
Quarles & Brady LLP
33 E. Main Street, Ste 900
(re Rural Community Insurance Services)
Madison, WI 53703

Rural Community Insurance Services
3501 Thurston Avenue
Anoka, MN 55303

United States Attorney
517 E. Wisconsin Avenue
(Farm Service Agency)
Milwaukee, WI 53202

Van Der Vaart
PO Box 490
Sheboygan, WI 53082

```
Vanderloop Equipment
W2834 Dundas Rd.
Brillion, WI 54110

Wells Fargo
PO Box 4626
Carol Stream, IL 60197-6426

Wells Fargo Financial Leasing
800 Walnut Street #F4031-05
Des Moines, IA 50309-3605
```